GOLLATZ, GRIFFIN & EWING, P.C.
Attorneys for Defendants
By: Matthew J. Norris (MN-9929)
Four Penn Center, Suite 200
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103-2808
(215) 563 9400

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | x<br>:<br>: | **DISCLOSURE STATEMENT**<br>**FORM OF DEFENDANT**<br>**TALKPOINT HOLDINGS,** |
| PRECISION IR INC., | :<br>:<br>:<br>: | **L.L.C., D/B/A TALKPOINT**<br>**COMMUNICATIONS**<br>**PURSUANT TO FED.R. CIV. P.** |
| Plaintiff, | :<br>: | **7.1** |
| -against- | :<br>:<br>: | |
| BRENT A. CLEPPER and TALKPOINT<br>HOLDINGS, L.L.C. D/B/A TALKPOINT<br>COMMUNICATIONS, | :<br>:<br>:<br>:<br>: | 08 Civ. 6389 (VM) |
| Defendants.<br>------------------------------------------------------ | :<br>:<br>x | |

       Undersigned counsel for the Defendants in this matter hereby certifies that the nongovernmental corporate party, TalkPoint Holdings, L.L.C., d/b/a TalkPoint Communications ("TalkPoint"), in the civil action listed above, does not have any parent corporation. Further, no publicly held corporation owns 10% or more of TalkPoint's stock.

Dated: Philadelphia, Pennsylvania
      July 31, 2008

       /s/ Matthew J. Norris
      Matthew J. Norris, Esq. (MN-9929)
      GOLLATZ, GRIFFIN & EWING, P.C.
      Four Penn Center, Suite 200
      1600 John F. Kennedy Boulevard
      Philadelphia, PA 19103-2808

*Attorneys for Defendants*
*Brent A. Clepper and*
*TalkPoint Holdings, L.L.C.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 1st day of August, 2008, I caused a true and correct copy of the foregoing Answer and Counterclaim to be served on the following parties via the Court's electronic filing and case management system and via regular mail:

M. Kelly Tillery, Esquire
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Attorneys for Plaintiff Precision IR Inc.
tilleryk@pepperlaw.com


_____/s/_____
Matthew J. Norris